## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION


WILLIE WASHINGTON,
ADC #133081                                                                              PLAINTIFF

V.                                          4:11CV00008 JTR

KARL BYRD, Sheriff,
Faulkner County Detention Center, et al.                          DEFENDANTS


## <u>ORDER</u>

On August 29, 2009, Defendants filed a Motion for Summary Judgment, a Brief in Support, and a Statement of Undisputed Facts. *See* docket entries #31, #32, and #33. Some of the exhibits attached to the Statement of Undisputed Facts inadvertently contain confidential information such as Plaintiff's social security and driver's license numbers. *See* docket entry #33, exhibits. Accordingly, Defendants have orally requested permission to file substitute exhibits with the confidential information redacted. The Court finds good cause for granting this request.

IT IS THEREFORE ORDERED THAT:

1.      Defendants shall provide the Clerk with redacted exhibits **on or before September 2, 2011.**

2.      The Clerk is directed to replace the exhibits attached to docket entry #33

-1-

with the redacted exhibits provided by Defendants.

Dated this <u>30th</u> day of August, 2011.

_____
UNITED STATES MAGISTRATE JUDGE