# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

WILLIE WASHINGTON                                                                          PLAINTIFF

V.                                        4:11CV00008 JTR

KARL BYRD, Sheriff,
Faulkner County Detention Center, et al.                                          DEFENDANTS

## JUDGMENT

Consistent with the Memorandum and Order that was entered on this day, it is

CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITH

PREJUDICE, and Judgment is entered in favor of Defendants.

Dated this 16th day of March, 2012.

_____
UNITED STATES MAGISTRATE JUDGE